UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
CALPINE CORPORATION, et al.,                    :  Case No. 05-60200 (BRL)
                                                :
              Debtors.                          :
                                                :
------------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                       :
AURELIUS CAPITAL MANAGEMENT,                    :
LP, DRAWBRIDGE SPECIAL                          :
OPPORTUNITIES ADVISORS LLC, ORE                 :
HILL HUB FUND LTD., NISSWA                      :
MASTER FUND LTD., PINES EDGE                    :
VALUE INVESTORS LTD., PINES EDGE                :  Civil Case No. 07-8493
VALUE INVESTORS L.P., SILVER                    :
SANDS FUND LLC, STARK MASTER                    :
FUND LTD. AND 3V CAPITAL                        :
MANAGEMENT, LLC,                                :
                                                :
              Plaintiffs,                       :
                                                :
         -against-                              :
                                                :
CALPINE CORPORATION AND ITS                     :
AFFILIATED DEBTORS AND DEBTORS                  :
IN POSSESSION,                                  :
                                                :
              Defendant.                        :
------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 1, 2007, true and correct copies of the foregoing documents: **Motion of 6% Convertible Noteholders to Withdraw the Reference with Respect to Debtors' Limited Objection** and **Memorandum of Law in Support of 6% Convertible Noteholders' Motion to Withdraw the Reference**, was sent to the following parties, via FedEx next business day delivery:

KIRKLAND & ELLIS LLP
Richard M. Cieri (RC-6062)
Marc Kieselstein (*pro hac vice*)
David R. Seligman (*pro hac vice*)
Edward O. Sassower (ES-5823)
Stephen E. Hessler (*pro hac vice*)
M. Catherine Peshkin (MP-5400)
Citigroup Center
153 East 53rd Street
New York, NY 10022


AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer, Esq.
590 Madison Avenue
New York, NY 10022


FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Gary Kaplan, Esq.
One New York Plaza
New York, NY 10004


STUTMAN, TREISTER & GLATT
Isaac M. Pachulski
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067


YOUNG CONAWAY STARGATT & TAYLOR, LLP
Ian S. Fredericks
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE  19801


KELLEY DRYE & WARREN LLP
David Retter
Damon Suden
Jennifer A. Christian
101 Park Avenue
New York, NY  10178

      STROOK & STROOK & LAVAN LLP
      Kris Hansen
      Erez Gilad
      Patrick Diamond
      180 Maiden Lane
      New York, NY 10038

Dated: October 2, 2007
       New York, New York

             **MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

      By: /s/ Samuel Khalil
           Samuel Khalil
           One Chase Manhattan Plaza
           New York, New York 10005
           Telephone: (212) 530-5000
           Facsimile: (212) 530-5219