UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                        :
                                                             :  Chapter 11
CALPINE CORPORATION, et al.,                                 :
                                                             :  Case No. 05-60200 (BRL)
                                      Debtors.               :
------------------------------------------------------------ x
BRENCOURT CREDIT OPPORTUNITIES                               :
MASTER, LTD., BRENCOURT MULTI-                               :  Civil Case No. 07-CV-8493
STRATEGY ENHANCED DEDICATED                                  :
FUND, LP, DILLON READ U.S. FINANCE                           :
L.P., DILLON READ FINANCIAL PRODUCT                          :
TRADING LTD., LINDEN CAPITAL L.P.                            :
AND ORE HILL HUB FUND, LTD.,                                 :
                                                             :
                                                             :
                                      Appellants,            :
                                                             :
                          -against-                          :
                                                             :
CALPINE CORPORATION AND ITS                                  :  **ORAL ARGUMENT REQUESTED**
AFFILIATED DEBTORS AND DEBTORS IN                            :
POSSESSION,                                                  :
                                                             :
                                                             :
                                      Appellees.             :
------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                 : ss.:
COUNTY OF NEW YORK   )

       Mark R. Wojcik, being duly sworn, affirms and says:

       1.  I am over 18 years of age and am not a party to the above-captioned proceedings.  I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

       2.  On October 4, 2007, affiant caused to be served true and correct copies of the *Joinder of the 7.75% Convertible Noteholders to the Motion of 6% Convertible Noteholders to Withdraw Reference With Respect to Debtors' Limited Objection* (Docket No. 4), via electronic mail upon the parties listed on Service List "A."

                                                     /s/ Mark R.Wojcik
                                                     Mark R. Wojcik

Sworn to before me this
8th day of October, 2007

/s/ Ethel Earley
NOTARY PUBLIC

Ethel Earley
Notary Public, State of New York
No. 03-4650662
Qualified in Westchester County
Commission Expires March 30, 2011

**Service List "A"**

| | |
|---|---|
| Michael Stamer, Esq.<br>Philip C. Dublin, Esq.<br>Abid Qureshi, Esq.<br>Lisa Beckerman, Esq.<br>Alexis Freeman, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022-2524<br>mstamer@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>lbeckerman@akingump.com<br>afreeman@akingump.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Sarah L. Reid, Esq.<br>David E. Retter, Esq.<br>Damon W. Suden, Esq.<br>Jennifer A. Christian, Esq.<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178<br>dretter@kelleydrye.com<br>sreid@kelleydrye.com<br>dsuden@kelleydrye.com<br>jchristian@kelleydrye.com<br><br>*Counsel to HSBC Bank USA, N.A., as Indenture Trustee* |
| Gary L. Kaplan, Esq.<br>Adrian Feldman, Esq.<br>Susanna J. Gray, Esq.<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP<br>One New York Plaza<br>New York, NY 10004<br>gary.kaplan@friedfrank.com<br>feldmad@friedfrank.com<br>graysu@ffhsj.com<br><br>*Counsel for the Official Committee of Equity Security Holders* | Dennis F. Dunne, Esq.<br>Matthew S. Barr, Esq.<br>Andrew M. Leblanc, Esq.<br>Catherine J. Yu, Esq.<br>MILBANK TWEED HADLEY & MCCLOY LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>ddunne@milbank.com<br>mbarr@milbank.com<br>aleblanc@milbank.com<br>cyu@@milbank.com<br><br>*Counsel to Certain Holders of 6% Convertible Notes* |

| | |
|---|---|
| Isaac M. Pachulski, Esq.<br>Whitman L. Holt, Esq.<br>STUTMAN, TREISTER & GLATT, P.C.<br>1901 Avenue of the Stars, 19th Floor<br>Los Angeles, CA 90067<br>ipachulski@stutman.com<br>wholt@stutman.com<br><br>*Counsel to Certain Holders of 6% Convertible Notes* | Ian S. Fredericks, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>ifredericks@ycst.com<br><br>*Counsel to Manufacturers & Traders Trust Company, as Indenture Trustee* |
| Edward Sassower, Esq.<br>M. Catherine Peshkin, Esq.<br>Marc Kieselstein, Esq.<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, New York 10022-4611<br>esassower@kirkland.com<br>mkieselstein@kirkland.com<br>cpeshkin@kirkland.com<br><br>*Counsel for the Debtors* | |