```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CALPINE CORPORATION, et al.,

        Debtors.

Chapter 11
Case No. 05-60200(BRL)

ARISTEIA CAPITAL, L.L.C., AURELIUS
CAPITAL MANAGEMENT, LP, DRAWBRIDGE
SPECIAL OPPORTUNITIES ADVISORS LLC, ORE
HILL HUB FUND LTD., NISSWA MASTER FUND
LTD., PINES EDGE VALUE INVESTORS L.P.,
SILVER SANDS FUND LLC, STARK MASTERFUND
LTD. AND 3V CAPITAL MANAGEMENT, LLC

07 Civ. 8493 (JGK)

ORDER

        Plaintiffs,

       - against -

CALPINE CORPORATION AND ITS AFFILIATED
DEBTORS AND DEBTORS IN POSSESSION,

        Defendant.

JOHN G. KOELTL, District Judge:

    Any responses to the Appellants' motion to withdraw the reference should be submitted by **October 12, 2007**.

SO ORDERED.

Dated:   New York, New York
        October 9, 2007

                               John G. Koeltl
                         United States District Judge