**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CALPINE CORPORATION, ET AL., | : | Case No. 05-60200 (BRL) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| ARISTEIA CAPITAL, L.L.C., | : | |
| AURELIUS CAPITAL MANAGEMENT, L.P., | : | |
| DRAWBRIDGE SPECIAL OPPORTUNITIES | : | |
| ADVISORS LLC, ORE HILL HUB FUND LTD., | : | |
| NISSWA MASTER FUND LTD., PINES EDGE | : | |
| VALUE INVESTORS LTD., PINES EDGE | : | |
| VALUE INVESTORS L.P., SILVER SANDS | : | |
| FUND LLC , STARK MASTER FUND LTD. | : | |
| AND 3V CAPITAL MANAGEMENT, LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Case No.  07-CV-8493 (JGK) |
| -against- | : | |
| | : | |
| CALPINE CORPORATION AND ITS | : | |
| AFFILIATED DEBTORS AND DEBTORS | : | |
| IN POSSESSION, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

```
-----------------------------------------------------------------x
BRENCOURT CREDIT OPPORTUNITIES          :
MASTER, LTD., BRENCOURT MULTI-          :
STRATEGY ENHANCED DEDICATED             :
FUND, LP, DILLON READ U.S. FINANCE      :
L.P., DILLON READ FINANCIAL PRODUCTS    :
TRADING LTD., LINDEN CAPITAL L.P.,      :
AND ORE HILL HUB FUND, LTD.,            :
                                        :
                Plaintiffs,             :
                                        :     Civil Case No. 07-CV-8493 (JGK)
              -against-                 :
                                        :
CALPINE CORPORATION AND ITS             :
AFFILIATED DEBTORS AND DEBTORS          :
IN POSSESSION,                          :
                                        :
                Defendant.              :
-----------------------------------------------------------------x
HSBC BANK USA, N.A., AS SUCCESSOR       :
INDENTURE TRUSTEE FOR THE               :
4.75% AND 6.00% CONTINGENT              :
CONVERTIBLE NOTES,                      :
                                        :
                Plaintiff,              :
                                        :     Civil Case No. 07-CV-8493 (JGK)
              -against-                 :
                                        :
CALPINE CORPORATION AND ITS             :
AFFILIATED DEBTORS AND DEBTORS          :
IN POSSESSION,                          :
                                        :
                Defendant.              :
-----------------------------------------------------------------x
```

EAST 7855479

```
-------------------------------------------------------------x
MANUFACTURERS AND TRADERS TRUST    :
COMPANY, AS SUCCESSOR INDENTURE     :
TRUSTEE FOR THE 7.75% CONTINGENT    :
CONVERTIBLE NOTES,                  :
                                    :
              Plaintiff,            :
                                    :     Civil Case No.  07-CV-8493 (JGK)
          -against-                 :
                                    :
CALPINE CORPORATION AND ITS         :
AFFILIATED DEBTORS AND DEBTORS      :
IN POSSESSION,                      :
                                    :
              Defendant.            :
-------------------------------------------------------------x
```

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )

              DAGMARA KRASA-BERSTELL


        1.      Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, New York 10022.

        2.      On October 12, 2007, I caused true and correct copies of the Memorandum of Law of the Official Committee of Unsecured Creditors of Calpine Corporation, et al. in Opposition to the Motion of 6% Convertible Noteholders to Withdraw Reference with Respect to Debtors' Limited Objection, to be served via first class mail, postage prepaid on the parties listed on the annexed Service List A.


                                /s/ Dagmara Krasa-Berstell
                                DAGMARA KRASA-BERSTELL

Sworn to before me this 12TH day of October 2007


/s/ Nancy C. Kunen
Nancy C. Kunen
Notary Public, State of New York
No. 43-4945938
Qualified in Richmond County
Commission Expires January 21, 2011

**Service List A**

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Paul Kenan Schwartzberg

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
Attn: Edward O. Sassower, Esq.

Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Attn: Gary Kaplan, Esq.

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Attn: Kristopher M. Hansen, Esq.

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.

Young Conaway Stargatt & Taylor LLP
The Brandywine Building
100 West Street 17th Floor
3 K&E 11928829.13
Wilmington, Delaware 19801
Attn: Ian S. Fredericks, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: David E. Retter, Esq.

EAST 7855479