UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :
CALPINE CORPORATION, ET AL.,                                :   Case No. 05-60200 (BRL)
                                                            :
                              Debtors.                      :   (Jointly Administered)
------------------------------------------------------------x
                                                            :
ARISTEIA CAPITAL, L.L.C., AURELIUS CAPITAL                  :
MANAGEMENT, LP, DRAWBRIDGE SPECIAL                          :
OPPORTUNITIES ADVISORS LLC, ORE HILL HUB                    :   Civil Case No. 1:07-cv-08493
FUND LTD., NISSWA MASTER FUND LTD., PINES                   :   (JGK)
EDGE VALUE INVESTORS LTD., PINES EDGE                       :
VALUE INVESTORS L.P., SILVER SANDS FUND                     :
LLC, STARK MASTER FUND LTD. AND 3V                          :
CAPITAL MANAGEMENT, LLC,                                    :
                                                            :
                              Plaintiffs,                   :
                                                            :
                  - against -                               :
                                                            :
CALPINE CORPORATION AND ITS AFFILIATED                      :
DEBTORS AND DEBTORS IN POSSESSION,                          :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Marianne Mortimer, certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on October 12, 2007, I caused to be served by Federal Express delivery and electronic mail the (i) Memorandum of Law of the Official Committee of Equity Security Holders in Opposition to the Motion to Withdraw Reference with Respect to Debtors' Limited Objection, and (ii) Declaration of Gary L. Kaplan in Support of the Memorandum of Law of the Official Committee of Equity Security Holders in Opposition to the Motion to Withdraw Reference with Respect to Debtors' Limited Objection upon the parties listed on the attached service list.

Dated: New York, New York
       October 12, 2007

                                                              Marianne Mortimer

## Service List

Richard M. Cieri  
KIRKLAND & ELLIS LLP  
Citigroup Center  
153 East 53rd Street  
New York, NY 10022-4611  
(212) 446-4800

Counsel for Calpine Corporation, et al. (Debtors)

Michael S. Stamer  
AKIN GUMP STRAUSS HAUER  
  & FELD LLP  
590 Madison Avenue  
New York, New York 10022  
Tel: (212) 872-1000

Counsel for Official Committee of Unsecured Creditors of the Debtors

| | |
|---|---|
| Dennis F. Dunne<br>MILBANK, TWEED, HADLEY &<br>   McCLOY LLP<br>One Chase Manhattan Plaza<br>New York, New York  10005<br>Tel: (212) 530-5000<br>Fax: (212) 530-5219<br>             and | Attorneys for Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Siler Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC |
| Isaac M. Pachulski<br>STUTMAN, TREISTER & GLATT, P.C<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California  90067<br>Tel: (310) 228-5600<br>Fax: (310) 228-5788 | |
| Kristopher M. Hansen<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, New York  10038<br>Tel: (212) 806-5400<br>Fax: (212) 806-6006 | Attorneys for each of Brencourt Credit Opportunities Master, Ltd., Brencourt Multi-Strategy Enhanced Dedicated Fund, LP, Dillon Read U.S. Finance L.P., Dillon Read Financial Products Trading Ltd., Linden Capital L.P., and Ore Hill Hub Fund, Ltd. |

| | |
|---|---|
| Sarah L. Reid<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, New York  10178<br>Tel: (212) 808-7800<br>Fax: (212) 808-7897 | HSBC Bank USA, N.A., as successor indenture trustee for the 6% and 4.75% contingent convertible noteholders |
| Pauline K. Morgan<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253 | Attorneys for Manufactures & Traders Trust Company, as Successor Indenture Trustee for the 7.75% Contingent Convertible Notes Due 2015 issued by Calpine Corporation |
| Paul Kenan Schwartzberg<br>OFFICE OF THE UNITED STATES TRUSTEE<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 | Office of the United States Trustee |

600082