UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                                    :
                                                          :  Chapter 11
CALPINE CORPORATION, et al.,                              :  Case No. 05-60200 (BRL)
                                                          :
          Debtors.                                        :
                                                          :
-----------------------------------------------------------x
ARISTEIA CAPITAL, L.L.C.,                                 :
AURELIUS CAPITAL MANAGEMENT,                              :
LP, DRAWBRIDGE SPECIAL                                    :
OPPORTUNITIES ADVISORS LLC, ORE                           :
HILL HUB FUND LTD., NISSWA                                :
MASTER FUND LTD., PINES EDGE                              :
VALUE INVESTORS LTD., PINES EDGE                          :  Civil Case No. 07cv 8493
VALUE INVESTORS L.P., SILVER                              :
SANDS FUND LLC, STARK MASTER                              :
FUND LTD. AND 3V CAPITAL                                  :
MANAGEMENT, LLC,                                          :
                                                          :
          Plaintiffs,                                     :
                                                          :
     -against-                                            :
                                                          :
CALPINE CORPORATION AND ITS                               :
AFFILIATED DEBTORS AND DEBTORS                            :
IN POSSESSION,                                            :
                                                          :
          Defendant.                                      :
-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )


RENA K. CERON, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M^cCloy LLP attorneys for each of Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore

Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC.

On the 19th of October, 2007, I caused a copy of the following document:

> OMNIBUS REPLY OF THE 6% CONVERTIBLE
> NOTEHOLDERS TO THE RESPONSES TO
> THE MOTION TO WITHDRAW REFERENCE
> WITH RESPECT TO DEBTORS' LIMITED OBJECTION

to be served upon the parties identified on Exhibit A attached hereto by FedEx Next Business Day Delivery.


    /s/ Rena K. Ceron
RENA K. CERON


SWORN TO AND SUBSCRIBED before me this 19th day of October, 2007.


  /s/ Bryn Fuller
BRYN FULLER
Notary Public, State of New York
No. 01FU6153697
Qualified in New York County
Commission Expires  October 16, 2010

**Exhibit A**

Lisa Beckerman
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Marc Kieselstein
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

Gary Kaplan
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Isaac M. Pachulski
Stutman, Treister & Glatt
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067

Ian S. Fredericks
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE  19801

Sarah Reid
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Erez Gilad
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY  10038