UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re:                                                  :
                                                        :
CALPINE CORPORATION, et al.,                            :
                                                        :
                    Debtors.                            :
------------------------------------------------------- x
ARISTEIA CAPITAL, L.L.C.,                               :
AURELIUS CAPITAL MANAGEMENT,                            :
LP, DRAWBRIDGE SPECIAL                                  :
OPPORTUNITIES ADVISORS LLC, ORE                         :
HILL HUB FUND LTD., NISSWA                              :
MASTER FUND LTD., PINES EDGE                            :
VALUE INVESTORS LTD., PINES EDGE                        : Civil Case No.
VALUE INVESTORS L.P., SILVER                            : 07-8493 (JGK)
SANDS FUND LLC, STARK MASTER                            :
FUND LTD., 3V CAPITAL                                   :
MANAGEMENT, LLC, AND HSBC BANK                          :
USA, N.A., AS INDENTURE TRUSTEE                         :
FOR THE 6% CONVERTIBLE NOTES                            :
DUE 2014 AND THE 4.75%                                  :
CONVERTIBLE NOTES DUE 2023,                             :
                                                        :
                    Plaintiffs,                         :
                                                        :
       -against-                                        :
                                                        :
CALPINE CORPORATION AND ITS                             :
AFFILIATED DEBTORS AND DEBTORS                          :
IN POSSESSION, OFFICIAL                                 :
COMMITTEE OF UNSECURED                                  :
CREDITORS OF CALPINE                                    :
CORPORATION, OFFICIAL                                   :
COMMITTEE OF EQUITY SECURITY                            :
HOLDERS,                                                :
                                                        :
                    Defendants.                         :
------------------------------------------------------- x

**JOINT NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge

FILED U.S.D.C.
NOV 26 2007
S.D. OF N.Y.

Special Opportunities Adivsors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd., and 3V Capital Management, LLC, by and through their attorneys Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP and Stutman, Treister & Glatt, P.C., and HSBC Bank USA, N.A., as Indenture Trustee for the 6% Convertible Notes Due 2014 and the 4.75% Convertible Notes Due 2023, by and through their attorney Kelley, Drye & Warren, LLP (collectively, the "Plaintiffs"), plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment of the United States District Court for the Southern District of New York (the "District Court"), entered in this case on the 21st day of November, 2007 (the "District Court Order"), which affirmed the United States Bankruptcy Court for the Southern District of New York's Order Granting Debtors' Limited Objection to Convertible Noteholder Claim Nos. 2404, 2821, 2823, 6247, 6249, 6280, 6299, and 6300, entered on August 10, 2007 (Docket No. 5595) (the "Bankruptcy Order") as to the final disallowance of the Conversion Right Claims (as defined in the District Court Order). Both the District Court Order and the Bankruptcy Court Order are attached hereto as Exhibits A and B, respectively.

The names of all the parties to the District Court Order appealed from and the names and addresses of their respective attorneys are as follows:

**PLAINTIFFS:**

- **Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC**

    MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
    One Chase Manhattan Plaza
    New York, New York 10005
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Dennis F. Dunne (DD 7543)
    Matthew S. Barr (MB 9170)
    Andrew M. Leblanc (*pro hac vice*)

    STUTMAN, TREISTER & GLATT, P.C.
    1901 Avenue of the Stars, 12th Floor
    Los Angeles, California 90067
    Telephone: (310) 228-5600
    Facsimile: (310) 228-5788
    Isaac M. Pachulski (*pro hac vice*)
    Eric D. Winston (*pro hac vice*)
    Whitman L. Holt (*pro hac vice*)

- **HSBC Bank USA, N.A., as Indenture Trustee**

    KELLEY DRYE & WARREN LLP
    101 Park Avenue
    New York, New York 10178
    Telephone: (212) 808-7800
    Facsimile: (212) 808-7897
    Sarah L. Reid
    David E. Retter
    Damon W. Suden
    Jennifer A. Christian

## **DEFENDANTS**

- **Calpine Corporation and its affiliated debtors and debtors in possession**

    KIRKLAND & ELLIS
    Citigroup Center
    153 East 53rd Street
    New York, NY 10022-4611
    Telephone: (212) 446-4800
    Facsimile: (212) 446-4900
    Richard M. Cieri
    Marc Kieselstein
    David R. Seligman
    Edward O. Sassower
    Stephen E. Hessler

- **Official Committee of Unsecured Creditors of Calpine Corporation, et al.**

  AKIN GUMP STRAUSS HAUER & FELD LLP
  590 Madison Avenue
  New York, New York 10022-2524
  Telephone:   (212) 872-1000
  Facsimile:   (212) 872-1002
  Michael S. Stamer
  Lisa G. Beckerman
  Philip C. Dublin
  Shaya Rochester

- **Official Committee of Equity Security Holders**

  FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
  One New York Plaza
  New York, New York 10004
  Telephone:   (212) 859-8000
  Facsimile:   (212) 859-4000
  Brad Eric Scheler
  Gary Kaplan
  Michael de Leeuw
  Adrian Feldman

## ADDITIONAL PARTIES PERTINENT TO APPEAL

- **Manufacturers & Traders Trust Company, as Indenture Trustee**

  YOUNG CONWAY STARGATT & TAYLOR, LLP
  The Brandywine Building
  1000 West Street
  17th Floor
  Wilmington, DE 19801
  Telephone:   (302) 571-6724
  Facsimile:   (302) 576-3456
  Ian S. Fredericks

- **Brencourt Credit Opportunities Master, Ltd., Brencourt Mutli-Strategy Enhanced Dedicated Fund, LP, Dillon Read U.S. Finance L.P., Dillon Read Financial Products Trading Ltd., Linden Capital L.P. and Ore Hill Hub Fund, Ltd.**

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006
Kristopher M. Hansen
Erez Gilad

Dated: November 26, 2007

Respectfully submitted,

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
Dennis F. Dunne (DD 7543)
Matthew S. Barr (MB 9170)
Andrew M. Leblanc (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

-and-

STUTMAN, TREISTER & GLATT, P.C.
Isaac M. Pachulski (*pro hac vice*)
Eric D. Winston (*pro hac vice*)
Whitman L. Holt (*pro hac vice*)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

**Attorneys for Aristeia Capital, L.L.C., Aurelius Capital Management, LP, Drawbridge Special Opportunities Advisors LLC, Ore Hill Hub Fund Ltd., Nisswa Master Fund Ltd., Pines Edge Value Investors Ltd., Pines Edge Value Investors L.P., Silver Sands Fund LLC, Stark Master Fund Ltd. and 3V Capital Management, LLC**

KELLEY DRYE & WARREN LLP

By: *Sarah L. Reid*

Sarah L. Reid
David E. Retter
Damon W. Suden
Jennifer A. Christian
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

**Attorneys for HSBC Bank USA, N.A., as Indenture Trustee**