USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CALPINE CORPORATION, et al.,

      Debtors.

Chapter 11
Case No. 05-60200(BRL)

ARISTEIA CAPITAL, L.L.C., AURELIUS CAPITAL MANAGEMENT, LP, DRAWBRIDGE SPECIAL OPPORTUNITIES ADVISORS LLC, ORE HILL HUB FUND LTD., NISSWA MASTER FUND LTD., PINES EDGE VALUE INVESTORS L.P., SILVER SANDS FUND LLC, STARK MASTERFUND LTD. AND 3V CAPITAL MANAGEMENT, LLC

      Plaintiffs,

- against -

CALPINE CORPORATION AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION,

      Defendants.

07 Civ. 8493 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Clerk is directed to file the Opinion and Order dated November 21, 2007 (Docket No. 17) under the following Civil Dockets: 07 Civ. 7830, 07 Civ. 7831, and 07 Civ. 7832.

SO ORDERED.

Dated:    New York, New York
          November 27, 2007

                                      John G. Koeltl
                                  United States District Judge