*SDNY*
*Hon. Koeltl*
*07-cv-8493*

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Caption (use short title)

Docket Number(s): _____ 07-5237-bk(L), *07-538+bk, 07-538+bk, 07-549+bk*       In re: Calpine Corporation

Motion for: Joint Motion for Voluntary Dismissal of Appeal

Set forth below precise, complete statement of relief sought:

The Appellants seek to voluntarily dismiss the appeals currently pending.

*[stamp: UNITED STATES COURT OF APPEALS FILED JAN 04 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

**MOVING PARTY:**

☐ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:**

**MOVING ATTORNEY:** Dennis Dunne on behalf of Aristeia Capital L.L.C. et al.; Sarah Reid on behalf of HSBC; Erez Gilad on behalf of Dillon Read U.S. Finance L.P. et. al.; Ian S. Fredericks on behalf of Manufacturers & Traders Trust Co.

[name of attorney, with firm, address, phone number and e-mail]

[SEE BELOW]

**OPPOSING ATTORNEY [Name]:**

[name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: United States District Court, Southern District of New York – Honorable John G. Koeltl

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought? ☒ Yes ☐ No
B. been obtained? ☒ Yes ☐ No

Is oral argument requested? ☐ Yes ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☒ No
If yes, enter date _____

Signature of Moving Attorney: _____ Date: January 4, 2008

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this Court? ☐ Yes ☐ No

[Requested return date] and explanation of emergency:

Has service been effected? ☒ Yes ☐ No
[Attach proof of service]

*MANDATE*

**ORDER** *Joint motion for voluntary dismissal of appeals is granted.*

IT IS HEREBY ORDERED THAT the motion is **GRANTED** / DENIED.

Date: 1/10/08

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

By: *Judy Pisnanont*
Judy Pisnanont, Motions Staff Attorney

*[stamp: UNITED STATES COURT OF APPEALS FILED JAN 10 2008 Catherine O'Hagan Wolfe, Clerk SECOND CIRCUIT]*

**A TRUE COPY**
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED: 2/8/08